O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAN ASIAN COMMERCIAL CONSULTING GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> J&C COMPANY JEANS, LLC, <br><br> Defendant. | Case No. CV 14-08466 DDP (AJWx) <br><br> **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

After a hearing, the Court has granted Plaintiff's counsel's motion to withdraw from the representation. (Dkt. No. 22.) Because Plaintiff is an LLC and not a natural person, it cannot represent itself. Therefore, the Court orders Plaintiff to show cause why this case should not be dismissed. This order can be satisfied by showing that the LLC has retained counsel in this matter. If Plaintiff does not retain new counsel within thirty days, the Court may dismiss the matter.

IT IS SO ORDERED.

Dated: April 6, 2015

DEAN D. PREGERSON
United States District Judge