JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAN ASIAN COMMERCIAL CONSULTING GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>J&C COMPANY JEANS, LLC,<br><br>Defendant. | Case No. CV 14-08466 DDP (AJWx)<br><br>**ORDER OF DISMISSAL** |

THE COURT having ordered the Plaintiff to show cause, not later than May 6, 2015, why this action should not be dismissed and Plaintiff having failed to respond,

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 21, 2015

DEAN D. PREGERSON
United States District Judge